# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                      Case No. 3:17-CR-146-03
                                                  Judge Thomas M. Rose

DAVID D. CRABTREE,

        Defendant.

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

Pursuant to the record set forth in open court on January 28, 2025, the Defendant appeared with Counsel and entered an admission to Violation #1 as alleged by Probation in a Petition (Doc. No. 81) filed November 8, 2024. The Court accepted Defendant's admission, finding he had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

    The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twelve (12) months. The sentence will not be followed by any period of supervised release.

    The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated and he be incarcerated at Terre Haute, Indiana consistent with his security status.

    The Defendant was explained his right of appeal and indicated an understanding of same. The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: January 29, 2025

                                                              THOMAS M. ROSE, JUDGE
                                                              UNITED STATES DISTRICT COURT